**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: RICHARD J. SCHLEE  
532 LATHROP TERRACE  
SOUTH BELOIT, IL  61080  

SSN-xxx-xx-5058

Case Number: 06-72320

Case filed on: 12/7/2006
Plan Confirmed on: 2/16/2007

D Dismissed

Total funds received and disbursed pursuant to the plan:  $750.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 577.76 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 577.76 | 0.00 |
| 999 | RICHARD J. SCHLEE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 1,397.50 | 125.85 | 125.85 | 0.00 |
|  | Total Secured | 1,397.50 | 125.85 | 125.85 | 0.00 |
| 002 | SECURITY FINANCE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIANT ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BRUCK LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | VALUED SERVICES OF WISCONSIN LLC | 244.00 | 244.00 | 0.00 | 0.00 |
| 007 | SPRINT NEXTEL CORP - DISTRIBUTIONS | 619.47 | 619.47 | 0.00 | 0.00 |
| 008 | ILLINOIS DEPARTMENT OF REVENUE | 34.95 | 34.95 | 0.00 | 0.00 |
| 009 | ILLINOIS STUDENT ASSISTANCE COMM | 2,820.22 | 2,820.22 | 0.00 | 0.00 |
| 010 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AFNI/VERIZON WIRELESS | 1,027.10 | 1,027.10 | 0.00 | 0.00 |
| 012 | WISCONSIN POWER & LIGHT | 721.78 | 721.78 | 0.00 | 0.00 |
| 013 | US BANK/RETAIL PAYMENT SOLUTIONS | 442.05 | 442.05 | 0.00 | 0.00 |
|  | Total Unsecured | 5,909.57 | 5,909.57 | 0.00 | 0.00 |
|  | Grand Total: | 9,507.07 | 8,235.42 | 703.61 | 0.00 |

Total Paid Claimant:       $703.61  
Trustee Allowance:         $46.39  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008          By  /s/Heather M. Fagan